# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>ANGEL ANGULO ZAMBADA,<br><br>                    Defendant. | Case Nos. 22-cr-0245-BAS<br>            22-cr-0808-BAS<br><br>**ORDER:**<br><br>**1. DIRECTING CLERK TO REFILE MOTION IN RELATED CASE; AND**<br><br>**2. REFERRING REQUEST TO REDUCE SENTENCE UNDER GENERAL ORDER 755 TO FEDERAL DEFENDERS** |

    Defendant Angel Angulo Zambada, self-represented, filed a motion for a reduced sentence in light of U.S. Sentencing Guidelines Amendment 821 in Case No. 22-cr-00245. (ECF No. 24.) Upon review, the Court notes Defendant Zambada was not sentenced in Case No. 22-cr-00245. The Court dismissed that case without prejudice in light of an indictment in another matter, Case No. 22-cr-0808. (ECF No. 21.)

The Court later sentenced Defendant in Case No. 22-cr-808.  (ECF No. 27.) Accordingly, the Court construes Defendant's Motion as seeking a reduction in the sentence imposed in Case No. 22-cr-0808.  <u>The Clerk of Court shall terminate the pending Motion in Case No. 22-cr-0245.  Further, the Clerk shall refile Defendant's Motion in Case No. 22-cr-0808</u>.

Further, under General Order 755, *In re District Protocol for Processing Applications Under Guidelines Amendment 821* (S.D. Cal. Oct. 26, 2023), the Court has appointed Federal Defenders of San Diego, Inc. "to represent initially all potentially eligible candidates sentenced in the Southern District of California."  General Order 755 sets forth a procedure for Federal Defenders and the Government to determine whether a joint recommendation is appropriate in this case.  Accordingly, the Court refers Case No. 22-cr-0808 to Federal Defenders under General Order 755.  Federal Defenders shall follow the procedures under the General Order and update the Court appropriately "in due course."

**IT IS SO ORDERED.**

**DATED: January 8, 2024**

Hon. Cynthia Bashant
United States District Judge